**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**RONDA S. DICKERSON,**

    Plaintiff,

vs.                                                  Civil Action 2:10-CV-776
                                                          Judge Marbley
                                                          Magistrate Judge

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 7, 2011 Order, the Court ADOPTED AND AFFIRMED the Report and Recommendation. The Commissioner's Objection was DENIED. The decision of the Commissioner is **REVERSED** and the action is **REMANDED** to the Commissioner of Social Security for further consideration of plaintiff's complaints of disabling fatigue. **FINAL JUDGMENT** is entered pursuant to Sentence 4, 42 U.S.C. §405(g).

Date: **September 7, 2011**                        **James Bonini, Clerk**

                                                            s/Betty L. Clark
                                                      Betty L. Clark/Deputy Clerk